UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD WOODARD,

        Petitioner,                    No. 13-CV-15120

vs.                                    Hon. Gerald E. Rosen

CINDI S. CURTIN,

        Respondent.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND
DISMISSING PLAINTIFF'S HABEAS CORPUS ACTION

        At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on November 19, 2014

        PRESENT:  Honorable Gerald E. Rosen
                            Chief Judge, United States District Court

This matter having come before the Court on the September 9, 2014 Report and Recommendation of United States Magistrate Judge Paul J. Komives recommending that the Court deny Plaintiff's petition for a writ of habeas corpus and deny Petitioner a certificate of appealability; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Plaintiff's petition for habeas corpus relief should be denied and no certificate of appealability should issue; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of September, 2014 **[Dkt. # 9]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Plaintiff's petition for habeas corpus relief **Dkt. # 1]** be, and hereby is **DENIED** and the above-captioned case, therefore, is **DISMISSED**.

IT IS FURTHER ORDERED, for the reasons stated by the Magistrate Judge, that a certificate of appealability is **DENIED.**

IT IS FURTHER ORDERED that leave to appeal *in forma pauperis* is **DENIED**.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: November 12, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 12, 2014, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135